UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80583-CIV-DIMITROULEAS/SNOW

EDWARD ROBERTS,

    Plaintiff,

vs.

EDUCATION TRAINING CORPORATION,

    Defendant.

_____/

## FINAL JUDGMENT

THIS MATTER is before the Court upon Defendant's Motion for Summary Judgment [DE 18], filed March 9, 2012.  By Order entered separately today, this Court granted Defendant's motion. The Court now enters final judgment pursuant to Federal Rule of Civil Procedure 58(a).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion for Summary Judgment [DE 18] is **GRANTED**;

2. Judgment is entered in favor of Defendant Education Training Corporation against Plaintiff Edward Roberts;

3. The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 11th day of April, 2012.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

Edward Roberts
9330 SW 61 Way
Boca Raton, FL 33428